IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAVENDA HOOD**                                                                              **PLAINTIFF**

**v.**                                    **3:14-CV-00054-BRW**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                            **DEFENDANT**

## ORDER

Plaintiff's Motion to Remand and Motion to Strike Answer and Amended Answer (Doc. No. 7) is DENIED.

IT IS SO ORDERED this 15th day of April, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE